O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY R. BURTON,<br><br>          Plaintiff,<br><br>      v.<br><br>CITY OF PASADENA, CA., *et al.*,<br><br>          Defendants. | Case No. CV 14-1175 CAS (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motions to Dismiss and Motion for Judgment on the Pleadings, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Judgment be entered dismissing this action with prejudice as to Plaintiff's federal claims.
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and they are hereby dismissed without prejudice.
4. Defendant City of Pasadena's Motion for More Definite Statement is denied as moot.
5. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: April 9, 2015

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE