O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY R. BURTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PASADENA, CA., *et al.*,<br><br>　　　　Defendants. | Case No. CV 14-1175 CAS (JCG)<br><br>**JUDGMENT** |

   IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is **DISMISSED** as follows:

   1.   Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.
   2.   The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and they are **DISMISSED WITHOUT PREJUDICE**.

DATED: April 9, 2015　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE